'[UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

DEC 13 2021

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>BRANDON LEE NANCE,<br><br>    Defendant. | Cause No.: DR21-CR-1706-AM |

**STIPULATION OF FACTS**

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On September 28, 2021, United States Border Patrol agents on duty at the immigration checkpoint on Highway 57 near Eagle Pass, Texas, within the Western District of Texas, encountered Defendant, Brandon Lee Nance, when he approached primary inspection driving a red Ford Focus. Agents determined Defendant's three passengers were citizens and nationals of Ecuador with no legal authority or documentation permitting them to enter, reside or remain in the United States.

Defendant was advised of his constitutional and statutory (*Miranda*) rights and warnings in a language he understood, which he knowingly and voluntarily waived, and agreed to speak to agents without an attorney present. Defendant stated he made an agreement with a man from San Antonio, Texas to transport three aliens from Eagle Pass, Texas to San Antonio, Texas. Defendant stated that he received a pin of where to pick up the aliens off Highway 277. Defendant stated he

was going to receive $1,000 for each person he transported. Defendant stated he knew the people he was transporting were illegal aliens.

Defendant now accepts responsibility and admits that on or about September 28, 2021, Defendant conspired with others to transport illegal aliens within the Western District of Texas and Defendant knew or recklessly disregarded the fact that the aliens being transported were illegally in the United States and had no legal documents to be in the United States, and that such transportation was in furtherance of the aliens' illegal entry. Defendant committed all the foregoing acts knowingly, intentionally and voluntarily with a specific intent to violate the law in violation of Title 8, United States Code § 1324(a)(1)(A)(v)(I) & (B)(i).

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
SYDNI L. CONNELL
Assistant United States Attorney

I have carefully read and reviewed the entirety of this Stipulation of Fact, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I knowingly and voluntarily agree the above Stipulation of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this ____9TH____ day of ___December___, 2021.

_____
BRANDON LEE NANCE
Defendant

I am counsel for Defendant. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge(s). I have carefully reviewed this Stipulation of Fact in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to agree to this Stipulation of Fact made voluntarily, and with full knowledge of its obligations and consequences.

Signed this ____9TH____ day of ___December___, 2021.

_____
JUAN NERI, III
Defendant's Attorney

Adopted and approved this ____13th____ day of ___December___, 2021.

_____
THE HONORABLE ALIA MOSES
United States District Judge