UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:21-CR-01706(1)-AM |
| | § | |
| (1) BRANDON LEE NANCE | § | |

**ORDER REVOKING SUPERVISED RELEASE
AND RE-SENTENCING DEFENDANT**

On **January 27, 2025**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **November 21, 2024**.  The defendant, **(1) BRANDON LEE NANCE**, appeared with attorney **Gilberto Hernandez-Solano**, and the government appeared by Assistant United States Attorney, **Warsame Galaydh**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on January 27, 2025, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **January 30, 2023**,  as set out in the judgment entered on **February 2, 2023**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

The Court has considered the policy statements contained in Chapter 7 of the Sentencing

Guidelines Manual and finds the application to be inadequate.

Pursuant to the Sentencing Reform Act of 1984, it is the **ORDER** of the Court that the defendant, **(1) BRANDON LEE NANCE** be committed to the custody of the U.S. Bureau of Prisons for a term of **Eighteen (18) months**, with credit for time served from November 22, 2024, forward. No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated at F.C.I. Big Springs, if possible.

SIGNED on this **4th day of February, 2025**.


_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE

## **RETURN**

I have executed this Revocation Order as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this Order.

_____
United States Marshal


By: _____
Deputy Marshal